IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAKE TAYLER JACOBS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-00313-K (BT) |
| | § | |
| TRANSUNION LLC, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 16, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  The Court DENIES Jacobs's Rule 60(b) motion (ECF No. 8).

**The Clerk of Court is directed to close this case.**

**SO ORDERED.**

**Signed March 15th, 2023.**

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE